**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: NEMATO CORP LP    §    Case No. 17-04976-HB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John K. Fort, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,398,111.90 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $804,227.67 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $146,308.20 | | |

3) Total gross receipts of $950,535.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $950,535.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,146,680.08 | $0.00 | $675,000.00 | $675,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $146,308.20 | $146,308.20 | $146,308.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $34,734.95 | $24,603.37 | $24,603.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,450,718.02 | $1,228,701.34 | $1,106,373.01 | $104,624.30 |
| **TOTAL DISBURSEMENTS** | $8,597,398.10 | $1,409,744.49 | $1,952,284.58 | $950,535.87 |

4) This case was originally filed under chapter 7 on 10/04/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   08/22/2018          By: /s/ John K. Fort
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of Worker's Compensation Insurance | 1290-000 | $21,909.58 |
| Accounts receivable | 1121-000 | $743.23 |
| Includes All Personal Property of the Estate, Assets #6-14 | 1129-000 | $900,000.00 |
| State Tax Refund | 1224-000 | $2,188.35 |
| Checking, savings or other financial accounts | 1129-000 | $25,694.71 |
| **TOTAL GROSS RECEIPTS** | | **$950,535.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Secured | 884906 Ontario, Inc. | 4210-000 | NA | $0.00 | $675,000.00 | $675,000.00 |
| N/F | 884906 Ontario Inc | 4110-000 | $5,345,424.79 | NA | NA | NA |
| N/F | Alpha Metal Consultants Inc. | 4110-000 | $1,424,900.08 | NA | NA | NA |
| N/F | Nemato Corp | 4110-000 | $376,355.21 | NA | NA | NA |
| | **TOTAL SECURED** | | **$7,146,680.08** | **$0.00** | **$675,000.00** | **$675,000.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John K. Fort | 2100-000 | NA | $50,776.79 | $50,776.79 | $50,776.79 |
| Trustee, Expenses - John K. Fort | 2200-000 | NA | $1,037.22 | $1,037.22 | $1,037.22 |
| Auctioneer Fees - Terry Howe & Associates | 3610-000 | NA | $90,000.00 | $90,000.00 | $90,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,478.49 | $1,478.49 | $1,478.49 |
| Accountant for Trustee Fees (Other Firm) - Edward Bowers, CPA | 3410-000 | NA | $2,977.50 | $2,977.50 | $2,977.50 |
| Accountant for Trustee Expenses (Other Firm) - Edward Bowers, CPA | 3420-000 | NA | $38.20 | $38.20 | $38.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$146,308.20** | **$146,308.20** | **$146,308.20** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | SC DEPARTMENT OF REVENUE AND TAXATION | 5800-000 | NA | $12,828.66 | $2,697.08 | $2,697.08 |
| 20P | IRS | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 26 | AETNA INC AARON MCCOLLOUGH | 5400-000 | NA | $21,906.29 | $21,906.29 | $21,906.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$34,734.95** | **$24,603.37** | **$24,603.37** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southeastern Freight Lines Inc | 7100-000 | NA | $1,459.28 | $1,459.28 | $140.40 |
| 2 | Strongwell Corporation Justin E. Simmons Woods Rogers PLC | 7100-000 | NA | $110,974.22 | $110,974.22 | $10,676.74 |
| 3 | NSF International | 7100-000 | NA | $7,490.00 | $7,490.00 | $720.61 |
| 4U | South Carolina Department of Revenue | 7300-000 | NA | $12,828.66 | $10,131.58 | $0.00 |
| 5 | SEFAR PTY LTD | 7100-000 | NA | $143,194.47 | $143,194.47 | $13,776.63 |
| 6 | Value Environmental | 7100-000 | NA | $4,220.00 | $4,220.00 | $406.00 |
| 7 | WELDORS SUPPLY HOUSE, INC | 7100-000 | NA | $215.16 | $215.16 | $20.70 |
| 8 | LAURENS TOOL, INC. | 7100-000 | NA | $29,376.00 | $29,376.00 | $2,826.24 |
| 9 | Able Seal & Design | 7100-000 | NA | $5,827.08 | $5,827.08 | $560.62 |
| 10 | PVC Distribution Corp. | 7100-000 | NA | $41,644.19 | $41,644.19 | $4,006.56 |
| 11 | Walker Pest Management | 7100-000 | NA | $220.00 | $220.00 | $21.17 |
| 12 | OSS LLC | 7100-000 | NA | $119,369.19 | $119,369.19 | $11,484.42 |
| 13 | Total Storage Services, LLC | 7100-000 | NA | $1,441.60 | $1,441.60 | $138.70 |
| 14 | Commercial Industrial Supply, LLC c/o Melissa Cassell, Esquire | 7100-000 | NA | $66,329.48 | $66,329.48 | $6,381.51 |
| 15 | Aquatic Link LLC | 7100-000 | NA | $880.00 | $880.00 | $84.66 |
| 16 | Composites One, LLC | 7100-000 | NA | $354,104.47 | $354,104.47 | $34,068.12 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 17 | Pro foam | 7100-000 | NA | $2,368.77 | $2,368.77 | $227.90 |
| 18 | OSS LLC CLARKSON & HALE, LLC | 7100-000 | NA | $119,631.25 | $0.00 | $0.00 |
| 19 | Haynsworth Sinkler Boyd, PA c/o Stanley H. McGuffin, Esq. | 7100-000 | NA | $20,381.02 | $20,381.02 | $1,960.84 |
| 20U | IRS | 7300-000 | NA | $8,775.00 | $8,775.00 | $0.00 |
| 21 | Southern Products & Silica Company Inc | 7100-000 | NA | $958.50 | $958.50 | $92.22 |
| 22 | Ryan Herco Flow Solutions CRFS | 7100-000 | NA | $47,284.91 | $47,284.91 | $4,549.24 |
| 23 | OLD DOMINION FREIGHT LINE, INC. RUSTY FRAZIER | 7100-000 | NA | $11,641.64 | $11,641.64 | $1,120.03 |
| 24 | Vision Transportation | 7100-000 | NA | $9,800.00 | $9,800.00 | $942.85 |
| 25 | Bonomi North America, Inc. | 7100-000 | NA | $1,133.32 | $1,133.32 | $109.03 |
| 27 | BECS Technology | 7100-000 | NA | $107,153.13 | $107,153.13 | $10,309.11 |
| N/F | AJAC Enterprises Inc. | 7100-000 | $655.08 | NA | NA | NA |
| N/F | ALSA Sales & Services LLC | 7100-000 | $1,638.68 | NA | NA | NA |
| N/F | AP International, INC. | 7100-000 | $7,615.00 | NA | NA | NA |
| N/F | AR Funding Inc c/o Unity Logistics LLC | 7100-000 | $16,470.00 | NA | NA | NA |
| N/F | Able Seal & Design | 7100-000 | $5,827.08 | NA | NA | NA |
| N/F | Accurate Diagnostics | 7100-000 | $1,145.00 | NA | NA | NA |
| N/F | Aetna Insurance | 7100-000 | $15,056.35 | NA | NA | NA |
| N/F | Aflac Insurance | 7100-000 | $112.44 | NA | NA | NA |
| N/F | American Manufacturers Composites Assoc. | 7100-000 | $2,231.05 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ameripride Services INC | 7100-000 | $2,403.85 | NA | NA | NA |
| N/F | Applied Industrial Technologies | 7100-000 | $49.71 | NA | NA | NA |
| N/F | Aquatic Link LLC | 7100-000 | $880.00 | NA | NA | NA |
| N/F | BECS Technology Inc | 7100-000 | $116,069.81 | NA | NA | NA |
| N/F | Bailey Motor Equipment Co | 7100-000 | $1,122.61 | NA | NA | NA |
| N/F | Bonomi North America | 7100-000 | $1,133.32 | NA | NA | NA |
| N/F | Bur-Cam Pumps Inc | 7100-000 | $567.64 | NA | NA | NA |
| N/F | CT Corporation System | 7100-000 | $2,538.00 | NA | NA | NA |
| N/F | Carsons Nut Bolt and Tool | 7100-000 | $160.45 | NA | NA | NA |
| N/F | Cintas Corporation 213 | 7100-000 | $294.96 | NA | NA | NA |
| N/F | Commercial Industrial Supply, LLC c/o Melissa Cassell, Esqui | 7100-000 | $66,329.48 | NA | NA | NA |
| N/F | Compatible Components Corporation | 7100-000 | $156.80 | NA | NA | NA |
| N/F | Composites One LLC | 7100-000 | $194,896.14 | NA | NA | NA |
| N/F | DHL Express USA INC | 7100-000 | $1,160.70 | NA | NA | NA |
| N/F | Dodge Data & Analytics | 7100-000 | $16,158.09 | NA | NA | NA |
| N/F | EReplacementParts com | 7100-000 | $8.68 | NA | NA | NA |
| N/F | Eastman Machine Company | 7100-000 | $60.31 | NA | NA | NA |
| N/F | Elliot Davis LLC | 7100-000 | $8,250.00 | NA | NA | NA |
| N/F | Empire Screen Printing Inc | 7100-000 | $26.93 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Engineered Systems, Inc. | 7100-000 | $2,722.51 | NA | NA | NA |
| N/F | Excalibur Precision Manufacturing | 7100-000 | $2,675.40 | NA | NA | NA |
| N/F | FREEMAN GAS CO. | 7100-000 | $397.00 | NA | NA | NA |
| N/F | Federal Express - Ground | 7100-000 | $111.49 | NA | NA | NA |
| N/F | Federal Express Freight | 7100-000 | $267.63 | NA | NA | NA |
| N/F | Fluidra USA | 7100-000 | $3,398.74 | NA | NA | NA |
| N/F | Foley Hoag LLP | 7100-000 | $10,166.05 | NA | NA | NA |
| N/F | Freightmate INC | 7100-000 | $6,131.27 | NA | NA | NA |
| N/F | G-5 | 7100-000 | $2,230.91 | NA | NA | NA |
| N/F | GOS | 7100-000 | $44.09 | NA | NA | NA |
| N/F | Gallivan, White & Boyd, P.A. | 7100-000 | $11,849.14 | NA | NA | NA |
| N/F | Guardian Life Insurance Company | 7100-000 | $145.15 | NA | NA | NA |
| N/F | Handling Services INC | 7100-000 | $275.75 | NA | NA | NA |
| N/F | Haynsworth Sinkler Boyd PA | 7100-000 | $20,381.02 | NA | NA | NA |
| N/F | House Of Threads | 7100-000 | $1,956.25 | NA | NA | NA |
| N/F | Industrial Insulation Group | 7100-000 | $675.00 | NA | NA | NA |
| N/F | J & J Forklift Services LLC | 7100-000 | $418.28 | NA | NA | NA |
| N/F | JenkinsMarzban Logan LLP | 7100-000 | $1,390.50 | NA | NA | NA |
| N/F | Johnston Ind Plastics Ltd -ON | 7100-000 | $30,503.90 | NA | NA | NA |
| N/F | Kuehne & Nagel Intnl Ltd CND | 7100-000 | $176.39 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Kuehne & Nagel Intnl Ltd CND | 7100-000 | $4,710.94 | NA | NA | NA |
| N/F | Laurens Tool | 7100-000 | $25,802.00 | NA | NA | NA |
| N/F | League Manufacturing | 7100-000 | $8,965.55 | NA | NA | NA |
| N/F | McNichols Company c/o Craig Allen, Esquire | 7100-000 | $6,254.40 | NA | NA | NA |
| N/F | Moeller | 7100-000 | $1,093.79 | NA | NA | NA |
| N/F | NSF International | 7100-000 | $6,040.00 | NA | NA | NA |
| N/F | Nemato Composites USA LP | 7100-000 | $56,143.12 | NA | NA | NA |
| N/F | OSS LLC | 7100-000 | $120,603.11 | NA | NA | NA |
| N/F | Old Dominion Freight Line Inc | 7100-000 | $6,137.82 | NA | NA | NA |
| N/F | PVC Distribution Corp. | 7100-000 | $31,318.53 | NA | NA | NA |
| N/F | PVC Pipe Supplies | 7100-000 | $23,217.52 | NA | NA | NA |
| N/F | PVCFittingsOnline.com | 7100-000 | $64,058.92 | NA | NA | NA |
| N/F | Pall filter Speacialists INC | 7100-000 | $13,655.49 | NA | NA | NA |
| N/F | Patrell Engineering Group, Inc | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Physicians Billing Service- SRMC | 7100-000 | $4,056.50 | NA | NA | NA |
| N/F | Pivotal IT | 7100-000 | $228.85 | NA | NA | NA |
| N/F | Precision Bearing & Machine Inc | 7100-000 | $9,470.00 | NA | NA | NA |
| N/F | Profoam | 7100-000 | $2,368.77 | NA | NA | NA |
| N/F | Protank Southeast, LLC c/o Larry Cohen, Esquire | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RS Hughes | 7100-000 | $8,097.70 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Receiver General GST Canada Customs & | 7100-000 | $34,910.10 | NA | NA | NA |
| N/F | Roadrunner Transportation Services | 7100-000 | $1,223.23 | NA | NA | NA |
| N/F | Ryan Herco Flow Solutions CRFS | 7100-000 | $48,014.91 | NA | NA | NA |
| N/F | Saertex USA LLC | 7100-000 | $43,039.92 | NA | NA | NA |
| N/F | Sefar Filter Specialists PTY LTD | 7100-000 | $63,276.21 | NA | NA | NA |
| N/F | Service Transport, Inc | 7100-000 | $6,780.00 | NA | NA | NA |
| N/F | Southeastern Freight Lines Inc | 7100-000 | $7,850.42 | NA | NA | NA |
| N/F | Southern Products & Silica Company Inc | 7100-000 | $958.50 | NA | NA | NA |
| N/F | Spartan Backflow | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Spartanburg County | 7100-000 | $3,906.00 | NA | NA | NA |
| N/F | Spartanburg County PO Box 5807 attn: OREN L.Brady 111, Count | 7100-000 | $108,774.85 | NA | NA | NA |
| N/F | Spartanburg Water System | 7100-000 | $1,952.62 | NA | NA | NA |
| N/F | Spirit Communications | 7100-000 | $5,110.80 | NA | NA | NA |
| N/F | State of South Carolina | 7100-000 | $809.31 | NA | NA | NA |
| N/F | Steelcore Industrial | 7100-000 | $6,531.67 | NA | NA | NA |
| N/F | Sterling Crane | 7100-000 | $230.76 | NA | NA | NA |
| N/F | Strongwell Bristol Division | 7100-000 | $109,338.95 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $1,753.08 | NA | NA | NA |
| N/F | Supply One | 7100-000 | $444.32 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sure Flow Equipment | 7100-000 | $620.81 | NA | NA | NA |
| N/F | TVI Thermoplastic Valves Inc | 7100-000 | $542.50 | NA | NA | NA |
| N/F | Team Cargo | 7100-000 | $1,374.16 | NA | NA | NA |
| N/F | Total Storage Services | 7100-000 | $901.00 | NA | NA | NA |
| N/F | Trinity Logistics | 7100-000 | $212.83 | NA | NA | NA |
| N/F | Turner Trucking Co LLC | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | UPS Freight | 7100-000 | $3,586.30 | NA | NA | NA |
| N/F | Uline Shipping Specialist US | 7100-000 | $3,562.15 | NA | NA | NA |
| N/F | Value Environmental | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Vision Transportation | 7100-000 | $8,600.00 | NA | NA | NA |
| N/F | Walker Pest Management | 7100-000 | $220.00 | NA | NA | NA |
| N/F | Wasteco Inc | 7100-000 | $5,255.15 | NA | NA | NA |
| N/F | Weldors Supply House Inc | 7100-000 | $15.00 | NA | NA | NA |
| N/F | Worldwide Express | 7100-000 | $24,264.83 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,450,718.02** | **$1,228,701.34** | **$1,106,373.01** | **$104,624.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-04976-HB | Trustee Name: | (600020) John K. Fort |
|---|---|---|---|
| Case Name: | NEMATO CORP LP | Date Filed (f) or Converted (c): | 10/04/2017 (f) |
|  |  | § 341(a) Meeting Date: | 11/16/2017 |
| For Period Ending: | 08/22/2018 | Claims Bar Date: | 02/20/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand. | 631.00 | 631.00 |  | 0.00 | FA |
| 2 | Checking, savings or other financial accounts | 399.89 | 399.89 |  | 0.00 | FA |
| 3 | Checking, savings or other financial accounts | 15,060.04 | 15,060.04 |  | 25,694.71 | FA |
| 4 | Accounts receivable | 52,466.30 | 52,466.30 |  | 743.23 | FA |
| 5 | Accounts receivable | 8,824.02 | 8,824.02 |  | 0.00 | FA |
| 6 | Inventory | 586,693.95 | 586,693.95 |  | 0.00 | FA |
| 7 | Inventory | 54,215.07 | 54,215.07 |  | 0.00 | FA |
| 8 | Inventory | 52,999.71 | 52,999.71 |  | 0.00 | FA |
| 9 | Inventory | 116,069.80 | 116,069.80 |  | 0.00 | FA |
| 10 | Office equipment furnishings | 59,238.33 | 59,238.33 |  | 0.00 | FA |
| 11 | Office equipment furnishings | 39,421.66 | 39,421.66 |  | 0.00 | FA |
| 12 | Machinery, fixtures | 345,171.28 | 345,171.28 |  | 0.00 | FA |
| 13 | Machinery, fixtures | 1,045,639.88 | 1,045,639.88 |  | 0.00 | FA |
| 14 | Other personal property | 88,807.31 | 88,807.31 |  | 0.00 | FA |
| 15 | Other personal property | 0.00 | 0.00 |  | 0.00 | FA |
| 16* | Refund of Worker's Compensation Insurance (u) (See Footnote) | 21,909.58 | 21,909.58 |  | 21,909.58 | FA |
| 17 | State Tax Refund (u) | 2,188.35 | 2,188.35 |  | 2,188.35 | FA |
| 18 | Includes All Personal Property of the Estate, Assets #6-14<br>The lien of 884906 Ontario, LLC attached to all personalty. A compromise was reached whereby the estate received a 15% carveout (Docket #20) from the sale of assets (Docket #30) | 0.00 | 0.00 |  | 900,000.00 | FA |
| 18 | **Assets Totals (Excluding unknown values)** | **$2,489,736.17** | **$2,489,736.17** |  | **$950,535.87** | **$0.00** |

RE PROP# 16     Worker's Compensation Insurance Refund

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| Case No.: 17-04976-HB | Trustee Name: (600020) John K. Fort |
| Case Name: NEMATO CORP LP | Date Filed (f) or Converted (c): 10/04/2017 (f) |
| | § 341(a) Meeting Date: 11/16/2017 |
| For Period Ending: 08/22/2018 | Claims Bar Date: 02/20/2018 |

**Major Activities Affecting Case Closing:**

10/7/17 Rode by plant on N. Blackstock. Looks clean.

10/25/17 Saw Randy in Court yesterday. Agreed t o 15% carve out. Drafted Notice of Settlement today and sent to him. Send to LKB once approved

10/26 sent draft to RandyHowe

11/5/17 Randy approved of draft and hiring

11/6/17 Docs to hire Howe filed . UST approved settlement and compromise

11/7/17 served s and c

11/17/17 did notice of sale--expect upset bid

01/15/18 PC from SC DHEC. Matthew Brewer will email me details.
01/24/18 Matthew Brewer of SC DHEC decided to not go forward with any action. C. Edwards and R. Skinner were sent copies of M. Brewer's email of this date.

1/29/18 received check from Brandon (it came in Th. but we were out of town) Prepared and filed Report of Sale.

2/21/18 Bowers wrote Chris: Chris,

I am the Court appointed accountant to assist John Fort with the administration of the bankruptcy estate. John asked that I contact you directly regarding my questions and documents I need to prepare past-due and final returns for Nemato.

Nemato has a fiscal tax year ending February. The last tax return I have is for the year ending February 28, 2015. Accordingly, I need to prepare the February 28, 2016 and February 28, 2017 returns along with the current and final return. The disc drive supplied to John was defective and we couldn't access any data on that drive. To do the tax returns, we really don't need the drive. Just some selected data.
The following are the documents I need to complete these returns:
A complete copy of the February 28, 2015 (On 2014 forms) corporate returns including all schedules and statements. The copy we have is incomplete.
Balance sheet and income statements on or about February 28, 2016 and February 28, 2017.
Balance sheet and income statement on or about the bankruptcy filing date in October 2017 (close as you can get)
Detailed depreciation schedule as of February 28, 2015 if not included in that years return. Accountants who prepared the return will have it if management doesn't.

3/1/18 wrote WC ins. company for return of the credit. Ends up debtor financed the policy so the credit if any, goes to the finance company

03/14/18 Spoke with Anna Corea of IRS (Puerto Rico). She asked why we objected to Claim of IRS. I told her because they filed an estimate amount and we could not pay an estimate. She said she has last year's (?year?) return and she will amend for the correct, exact amount. Very difficult to understand Ms. Corea's English.

3/18/18 Apparently not getting more info. for tax return. Bowers said will work on it as is

4/2/18 Bowers TR ready end of week

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 17-04976-HB
**Case Name:** NEMATO CORP LP

**For Period Ending:** 08/22/2018

**Trustee Name:** (600020) John K. Fort
**Date Filed (f) or Converted (c):** 10/04/2017 (f)
**§ 341(a) Meeting Date:** 11/16/2017
**Claims Bar Date:** 02/20/2018

4/7/18 Bowers said TR mailed to me.

file then do TFR.  No claims filed since 2/20/18

8/3/18 if Sefar check does not clear, write jessica@recoveries.com    Letter is in file with more info.

**Initial Projected Date Of Final Report (TFR):**       **Current Projected Date Of Final Report (TFR):**    05/29/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-04976-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | NEMATO CORP LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2742 | Account #: | ******9200 Checking |
| For Period Ending: | 08/22/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/13/17 | {3} | PNC Bank | Bank Account Balance (7219) | 1129-000 | 25,694.71 | | 25,694.71 |
| 11/15/17 | {16} | Bridgefield Casualty Insurance Comapny | Refund of Worker's Compensation Insurance | 1290-000 | 21,909.58 | | 47,604.29 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.41 | 47,569.88 |
| 12/06/17 | {4} | Royal Bank of Canada | Accounts Receivable for Manway Cover for Recreation Center | 1121-000 | 743.23 | | 48,313.11 |
| 12/20/17 | {17} | State of South Carolina Office of State Treasurer | Unscheduled State Tax Refund | 1224-000 | 2,188.35 | | 50,501.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.23 | 50,434.23 |
| 01/29/18 | | Terry Howe & Associates, Inc | Sale of All Personal Property | | 810,000.00 | | 860,434.23 |
| | {18} | Terry Howe & Associates | All Personal Property of the Estate, Assets #6-14  $900,000.00 | 1129-000 | | | 860,434.23 |
| | | Terry Howe & Associates | Liquidation of All Personal Property of the Estate  -$90,000.00 | 3610-000 | | | 860,434.23 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.62 | 860,315.61 |
| 02/13/18 | 101 | 884906 Ontario, Inc. | Net Proceeds from Sale of Personal Property | 4210-000 | | 675,000.00 | 185,315.61 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 993.12 | 184,322.49 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 265.11 | 184,057.38 |
| 06/27/18 | 102 | Edward Bowers, CPA | Edward Bowers, CPA17-04976NEMATO CORP LP$38.20Contact: | 3420-000 | | 38.20 | 184,019.18 |
| 06/27/18 | 103 | Edward Bowers, CPA | Edward Bowers, CPA17-04976NEMATO CORP LP$2,977.50Contact: johnkfort@gmail.com | 3410-000 | | 2,977.50 | 181,041.68 |
| 06/27/18 | 104 | John K. Fort | Combined trustee compensation & expense dividend payments. | | | 51,814.01 | 129,227.67 |
| | | | Claims Distribution - Tue, 05-29-2018  $50,776.79 | 2100-000 | | | 129,227.67 |
| | | | Claims Distribution - Tue, 05-29-2018  $1,037.22 | 2200-000 | | | 129,227.67 |
| 06/27/18 | 105 | AETNA INC AARON MCCOLLOUGH | AETNA INC AARON MCCOLLOUGH17-04976NEMATO CORP LP$21,906.29Contact: johnkfort@gmail.com | 5400-000 | | 21,906.29 | 107,321.38 |

Page Subtotals:    $860,535.87    $753,214.49

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-04976-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | NEMATO CORP LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2742 | Account #: | ******9200 Checking |
| For Period Ending: | 08/22/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/18 | 106 | SC DEPARTMENT OF REVENUE AND TAXATION | SC DEPARTMENT OF REVENUE AND TAXATION17-04976NEMATO CORP LP$2,697.08Contact: johnkfort@gmail.com | 5800-000 | | 2,697.08 | 104,624.30 |
| 06/27/18 | 107 | Southeastern Freight Lines Inc | Southeastern Freight Lines Inc17-04976NEMATO CORP LP$1,459.28Contact: johnkfort@gmail.com | 7100-000 | | 140.40 | 104,483.90 |
| 06/27/18 | 108 | Strongwell Corporation Justin E. Simmons Woods Rogers PLC | Strongwell Corporation Justin E. Simmons Woods Rogers PLC17-04976NEMATO CORP LP$110,974.22Contact: johnkfort@gmail.com | 7100-000 | | 10,676.74 | 93,807.16 |
| 06/27/18 | 109 | NSF International | NSF International17-04976NEMATO CORP LP$7,490.00Contact: johnkfort@gmail.com | 7100-000 | | 720.61 | 93,086.55 |
| 06/27/18 | 110 | SEFAR PTY LTD | SEFAR PTY LTD17-04976NEMATO CORP LP$143,194.47Contact: johnkfort@gmail.com | 7100-000 | | 13,776.63 | 79,309.92 |
| 06/27/18 | 111 | Value Environmental | Value Environmental17-04976NEMATO CORP LP$4,220.00Contact: johnkfort@gmail.com | 7100-000 | | 406.00 | 78,903.92 |
| 06/27/18 | 112 | WELDORS SUPPLY HOUSE, INC | WELDORS SUPPLY HOUSE, INC17-04976NEMATO CORP LP$215.16Contact: johnkfort@gmail.com | 7100-000 | | 20.70 | 78,883.22 |
| 06/27/18 | 113 | LAURENS TOOL, INC. | LAURENS TOOL, INC.17-04976NEMATO CORP LP$29,376.00Contact: johnkfort@gmail.com | 7100-000 | | 2,826.24 | 76,056.98 |
| 06/27/18 | 114 | Able Seal & Design | Able Seal & Design17-04976NEMATO CORP LP$5,827.08Contact: johnkfort@gmail.com | 7100-000 | | 560.62 | 75,496.36 |
| 06/27/18 | 115 | PVC Distribution Corp. | PVC Distribution Corp.17-04976NEMATO CORP LP$41,644.19Contact: johnkfort@gmail.com | 7100-000 | | 4,006.56 | 71,489.80 |
| 06/27/18 | 116 | Walker Pest Management | Walker Pest Management17-04976NEMATO CORP LP$220.00Contact: | 7100-000 | | 21.17 | 71,468.63 |
| 06/27/18 | 117 | OSS LLC | OSS LLC17-04976NEMATO CORP LP$119,369.19Contact: johnkfort@gmail.com | 7100-000 | | 11,484.42 | 59,984.21 |
| 06/27/18 | 118 | Total Storage Services, LLC | Total Storage Services, LLC17-04976NEMATO CORP LP$1,441.60Contact: johnkfort@gmail.com | 7100-000 | | 138.70 | 59,845.51 |
| 06/27/18 | 119 | Commercial Industrial Supply, LLC c/o Melissa Cassell, Esquire | Commercial Industrial Supply, LLC c/o Melissa Cassell, Esquire17- | 7100-000 | | 6,381.51 | 53,464.00 |

Page Subtotals: $0.00    $53,857.38

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-04976-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | NEMATO CORP LP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2742 | Account #: | ******9200 Checking |
| For Period Ending: | 08/22/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 04976NEMATO CORP LP$66,329.48Contact: johnkfort@gmail.com | | | | |
| 06/27/18 | 120 | Aquatic Link LLC | Aquatic Link LLC17-04976NEMATO CORP LP$880.00Contact: | 7100-000 | | 84.66 | 53,379.34 |
| 06/27/18 | 121 | Composites One, LLC | Composites One, LLC17-04976NEMATO CORP LP$354,104.47Contact: johnkfort@gmail.com | 7100-000 | | 34,068.12 | 19,311.22 |
| 06/27/18 | 122 | Pro foam | Pro foam17-04976NEMATO CORP LP$2,368.77Contact: johnkfort@gmail.com | 7100-000 | | 227.90 | 19,083.32 |
| 06/27/18 | 123 | Haynsworth Sinkler Boyd, PA c/o Stanley H. McGuffin, Esq. | Haynsworth Sinkler Boyd, PA c/o Stanley H. McGuffin, Esq.17-04976NEMATO CORP LP$20,381.02Contact: johnkfort@gmail.com | 7100-000 | | 1,960.84 | 17,122.48 |
| 06/27/18 | 124 | Southern Products & Silica Company Inc | Southern Products & Silica Company Inc17-04976NEMATO CORP LP$958.50Contact: johnkfort@gmail.com | 7100-000 | | 92.22 | 17,030.26 |
| 06/27/18 | 125 | Ryan Herco Flow Solutions CRFS | Ryan Herco Flow Solutions CRFS17-04976NEMATO CORP LP$47,284.91Contact: johnkfort@gmail.com | 7100-000 | | 4,549.24 | 12,481.02 |
| 06/27/18 | 126 | OLD DOMINION FREIGHT LINE, INC. RUSTY FRAZIER | OLD DOMINION FREIGHT LINE, INC. RUSTY FRAZIER17-04976NEMATO CORP LP$11,641.64Contact: johnkfort@gmail.com | 7100-000 | | 1,120.03 | 11,360.99 |
| 06/27/18 | 127 | Vision Transportation | Vision Transportation17-04976NEMATO CORP LP$9,800.00Contact: johnkfort@gmail.com | 7100-000 | | 942.85 | 10,418.14 |
| 06/27/18 | 128 | Bonomi North America, Inc. | Bonomi North America, Inc.17-04976NEMATO CORP LP$1,133.32Contact: johnkfort@gmail.com | 7100-000 | | 109.03 | 10,309.11 |
| 06/27/18 | 129 | BECS Technology | BECS Technology17-04976NEMATO CORP LP$107,153.13Contact: johnkfort@gmail.com | 7100-000 | | 10,309.11 | 0.00 |
| | | **COLUMN TOTALS** | | | 860,535.87 | 860,535.87 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 860,535.87 | 860,535.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$860,535.87** | **$860,535.87** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-04976-HB | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | NEMATO CORP LP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2742 | **Account #:** | ******9200 Checking |
| **For Period Ending:** 08/22/2018 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $860,535.87 |
| Plus Gross Adjustments: | $90,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $950,535.87 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9200 Checking | $860,535.87 | $860,535.87 | $0.00 |
| | $860,535.87 | $860,535.87 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)